```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :      CRIMINAL ACTION
                             :
        v.                   :
                             :
AQUIL LOTT                   :      NO. 04-786
```

ORDER

AND NOW, this 19th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant "for reconsideration of sentence pursuant to Title 18 U.S.C. § 3582(c)(2)" (Doc. #72) and supplemental motion of defendant for reduction of his sentence (Doc. #76) are GRANTED to the extent that he seeks a reduction of three months on his term of imprisonment for Counts I and III. Defendant's sentence is reduced to 100 months' imprisonment on Counts I and III plus a consecutive term of 60 months' imprisonment on Count II for a total sentence of 160 months' imprisonment.  All other terms and conditions of the original sentence shall remain unchanged; and

(2)  the motions are otherwise DENIED.

                            BY THE COURT:


                            /s/ Harvey Bartle III
                                                  J.